UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

United States of America, ) Case No. CR 12-253 CRB
)
     *Plaintiff,* ) STIPULATED ORDER EXCLUDING TIME
  v. ) UNDER THE SPEEDY TRIAL ACT
) **FILED**
Kosmin )
) APR 23 2012
     *Defendant.* )
                                                                       RICHARD W. WIEKING
                                                                       CLERK, U.S. DISTRICT COURT
                                                                       NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on April 23, 2012, the Court excludes time under the Speedy Trial Act from April 23, 2012 to May 22, 2012 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

\_\_\_\_ Failure to grant a continuance would be likely to result in a miscarriage of justice. *See* 18 U.S.C. § 3161(h)(7)(B)(i).

\_\_\_\_ The case is so unusual or so complex, due to *[check applicable reasons]* \_\_\_\_ the number of defendants, \_\_\_\_ the nature of the prosecution, or \_\_\_\_ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. *See* 18 U.S.C. § 3161(h)(7)(B)(ii).

\_\_\_\_ Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

\_\_\_\_ Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

\_\_\_\_ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

✓ *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

✓ 18 USC § 3161(b) & Fed. R. Crim. P 5.1 Time for Indictment or Preliminary Hearing.

**IT IS SO ORDERED.**

DATED: 4/23/2012

                                                    LAUREL BEELER
                                                    United States Magistrate Judge

STIPULATED: _____     _____
                Attorney for Defendant                  Assistant United States Attorney