| | |
|---|---|
| 1 | DAVID J. COHEN, ESQ. |
| 2 | California Bar No. 145748 |
|   | **BAY AREA CRIMINAL LAWYERS, PC** |
| 3 | 300 Montgomery Street, Suite 660 |
|   | San Francisco, CA 94104 |
| 4 | Telephone: (415) 398-3900 |

DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Alexander Kosmin**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-12-0253 CRB (BZ) |
| Plaintiff, ) | **STIPULATION CONTINUING ARRAIGNMENT ON INFORMATION AND EXCLUDING TIME AND [PROPOSED] ORDER THEREON** |
| v. ) | |
| ALEXANDER KOSMIN, ) | Date: May 22, 2012 |
| Defendant. ) | Time: 9:30 a.m. |
|  | Ctrm: D |

**IT IS HEREBY STIPULATED** by and between the parties that the arraignment on the Information currently scheduled for May 22, 2012 at 9:30 a.m. be continued to June 14, 2012 at 9:30 a.m.

**IT FURTHER STIPULATED** that the time for indictment and/or preliminary hearing, pursuant to Fed. R. Crim P. 5.1, be extended from May 22, 2012 to June 14, 2012.

**IT IS FURTHER STIPULATED** that the time between May 22, 2012 and June 14, 2012 be excluded from calculation under the Speedy

STIPULATION CONTINUING ARRAIGNMENT
ON INFORMATION AND EXCLUDING TIME
AND [PROPOSED] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)        1

Trial Act, pursuant to 18 U.S.C. Section 3161(b), so that new counsel may appropriately review the file and the proposed plea agreement.

**IT IS SO STIPULATED.**

          MELINDA HAAG, ESQ.
          United States Attorney

Dated: May 18, 2012    By: /s/Michelle J. Kane
                              MICHELLE J. KANE, ESQ.
                              Assistant United States Attorney
                              Attorney for Plaintiff

Dated: May 18, 2012    By: /s/David J. Cohen
                              DAVID J. COHEN, ESQ.
                              Attorneys for Defendant **Kosmin**

**IT IS SO ORDERED.**

Dated: 05/21/12             /s/ Bernard Zimmerman
                              THE HON. BERNARD ZIMMERMAN
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION CONTINUING ARRAIGNMENT ON INFORMATION AND EXCLUDING TIME AND [PROPOSED] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)    2