DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Alexander Kosmin**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR-12-0253 CRB (BZ) |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO PERMIT TRAVEL BY** |
| | ) | **ALEXANDER KOSMIN TO THE CENTRAL** |
| v. | ) | **DISTRICT OF CALIFORNIA AND THE** |
| | ) | **SOUTHERN DISTRICT OF CALIFORNIA** |
| ALEXANDER KOSMIN, | ) | **BETWEEN JULY 5, 2012 AND JULY 9** |
| | ) | **2012 AND [PROPOSED] ORDER** |
| Defendant. | ) | **THEREON** |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties that Mr.

Kosmin be permitted to travel to the central and southern

districts of California between July 5, 2012 and July 9, 2012.

The purpose of this travel is so that Mr. Kosmin may go on a

camping trip with his friend at the San Onofre State Beach.  Mr.

Kosmin was originally supposed to go on this trip from May 28,

2012 through June 3, 2012, however, his friend ended up having to

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO THE
CENTRAL DISTRICT OF CALIFORNIA
AND THE SOUTHERN DISTRICT OF
CALIFORNIA BETWEEN JULY 5, 2012
AND JULY 9, 2012 AND [PROPOSED]
ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)          1

work so they did not go.  San Onofre State Beach is located in San Diego County, just south of the border between San Diego County and Orange County.  Assistant United States Attorney Michelle Kane has been consulted regarding this request and has no objection and Pre-trial Services Officer Joshua Libby has been consulted regarding this request and has no objection.

   **IT IS SO STIPULATED.**

                                        MELINDA HAAG, ESQ.
                                        United States Attorney

Dated: July 3, 2012          By: /s/Michelle J. Kane
                                 MICHELLE J. KANE, ESQ.
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

Dated: May July 3, 2012          DAVID J. COHEN, ESQ.
                                 Attorneys for Defendant **Kosmin**

   **IT IS SO ORDERED.**

Dated: July 5, 2012
                                 _____
                                 THE  HONORABLE  MARIA-ELENA  JAMES
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO THE
CENTRAL DISTRICT OF CALIFORNIA
AND THE SOUTHERN DISTRICT OF
CALIFORNIA BETWEEN JULY 5, 2012
AND JULY 9, 2012 AND [PROPOSED]
ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)          2