DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **Alexander Kosmin**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-12-0253 CRB (BZ) |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION TO PERMIT TRAVEL BY** |
| v. ) | **ALEXANDER KOSMIN TO BROOKLYN,** |
| ) | **NEW YORK BETWEEN AUGUST 13, 2012** |
| ALEXANDER KOSMIN, ) | **AND AUGUST 21, 2012 AND** |
| ) | **[PROPOSED] ORDER THEREON** |
| Defendant. ) | |
| _____ ) | |

   **IT IS HEREBY STIPULATED** by and between the parties that Mr.
Kosmin be permitted to travel to Brooklyn, New York, between
August 13, 2012 and August 21, 2012. The purpose of this travel
is so that Mr. Kosmin could visit his friends on vacation. Mr.
Kosmin will be staying at his friend Yana Galbshtein's residence.
Mr. Galbshtein's home address is 100 South 4th Street, Apt. 2B,
Brooklyn, NY 11211. Assistant United States Attorney Michelle
Kane has been consulted regarding this request and has no

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO BROOKYLN,
NEW YORK, BETWEEN AUGUST 13,
2012 AND AUGUST 21, 2012 AND
[PROPOSED] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)          1

objection.  Pre-trial Services Officer Joshua Libby has also been consulted regarding this request and has no objection.

**IT IS SO STIPULATED.**

MELINDA HAAG, ESQ.
United States Attorney

Dated: August 8, 2012          By: /s/Michelle J. Kane
                                   MICHELLE J. KANE, ESQ.
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


Dated: August 8, 2012          By: /s/David J. Cohen
                                   DAVID J. COHEN, ESQ.
                                   Attorneys for Defendant **Kosmin**


**IT IS SO ORDERED.**


Dated: August 10, 2012

_____
THE HONORABLE ~~ELIZABETH D. LAPORTE~~
UNITED STATES MAGISTRATE JUDGE
                              LAUREL BEELER

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO BROOKYLN,
NEW YORK, BETWEEN AUGUST 13,
2012 AND AUGUST 21, 2012 AND
[PROPOSED] ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)          2