1  DAVID J. COHEN, ESQ.
   California Bar No. 145748
2  **BAY AREA CRIMINAL LAWYERS, PC**
3  300 Montgomery Street, Suite 660
   San Francisco, CA 94104
4  Telephone: (415) 398-3900

5  Attorneys for Defendant **Alexander Kosmin**

6              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
7

8

9  UNITED STATES OF AMERICA,    )  Case No. CR-12-0253 CRB (LB)
                                )
10         Plaintiff,            )  **STIPULATION TO PERMIT TRAVEL BY ALEXANDER KOSMIN TO LAS VEGAS, NEVADA BETWEEN JANUARY 31, 2013 AND FEBRUARY 4, 2013 AND [PROPOSED] ORDER THEREON**
                                )
11  v.                          )
                                )
12  ALEXANDER KOSMIN,           )
                                )
13         Defendant.           )
14  _____ )

15  **IT IS HEREBY STIPULATED** by and between the parties that Mr.
16  Kosmin be permitted to travel to Las Vegas, Nevada between
17  January 31, 2013 and February 4, 2013. The purpose of this
18  travel is so that Mr. Kosmin may go on a trip with his friends to
19  Las Vegas. They will be staying at the Hard Rock Hotel & Casino
20  located at 4455 Paradise Road, Las Vegas NV. Assistant United
21  States Attorney Michelle Kane has been consulted regarding this
22  request and has no objection. Pre-trial Services Officer Joshua
23  Libby has also been consulted regarding this request and has no
24

25
26  STIPULATION TO PERMIT TRAVEL
    BY ALEXANDER KOSMIN TO LAS VEGAS,
    NEVADA BETWEEN JANUARY 31, 2013 AND
27  FEBRUARY 4, 2013 AND [PROPOSED]
    ORDER THEREON
    U.S. v. KOSMIN;
28  CASE NO. CR-12-0253 CRB (BZ)            1

objection.

**IT IS SO STIPULATED.**

                                     MELINDA HAAG, ESQ.
                                     United States Attorney

Dated: January 29, 2013   By: /s/Michelle J. Kane
                                       MICHELLE J. KANE, ESQ.
                                       Assistant United States Attorney
                                       Attorney for Plaintiff

Dated: January 29, 2013   By: /s/David J. Cohen
                                       DAVID J. COHEN, ESQ.
                                       Attorneys for Defendant **Kosmin**

**IT IS SO ORDERED.**

Dated: January 31, 2013                       _____
                                       THE HONORABLE LAUREL BEELER
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO PERMIT TRAVEL
BY ALEXANDER KOSMIN TO LAS VEGAS,
NEVADA BETWEEN JANUARY 31, 2013 AND
FEBRUARY 4, 2013 AND [PROPOSED]
ORDER THEREON
U.S. v. KOSMIN;
CASE NO. CR-12-0253 CRB (BZ)      2